IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00548-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JARED LYNN GOUGH, a/k/a Jeremy L. Gough, a/k/a Clinton James Swiney,

    Defendant.

___

MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a supervised release violation hearing regarding Defendant Gough is set **Tuesday, October 16, 2012 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

DATED:  September 11, 2012
___